UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IRON WORKERS LOCAL NO. 25
PENSION FUND, et al.,

    Plaintiffs,

v.

WATSON WYATT & COMPANY,

    Defendant.
_____/

CIVIL ACTION NO. 04-40243
07-12368
07-12520

DISTRICT JUDGE PAUL V. GADOLA

MAGISTRATE JUDGE DONALD A. SCHEER

## **ORDER**

    This matter is before the magistrate judge pursuant to the Order of Reference in Case No. 04-40243, dated September 24, 2007, wherein the following Motions were referred for hearing and determination: a) Motion to Reopen Case filed on April 16, 2007 (DE #138); b) Amended Motion to Reinstate Case, Grant Intervenor Status filed on April 20, 2007 (DE #141); c) Motion to Reinstate Case, Grant Intervenor Status to Applicants Young, Chakur and Weglarz filed on April 20, 2007 (DE #145); d) Motion Seeking Intervention filed on April 20, 2007 (DE #146); e) Motion for Pre-Hearing Conference filed on May 15, 2007 (DE #153); f) Motion to Strike filed on May 22, 2007 (DE #156); and g) Motion for Turnover of Mailing List filed on June 5, 2007 (DE #159). A notice was issued to all parties that the Motions would be heard on November 19, 2007, at 2:00 p.m.

    In lieu of a hearing on the Motions, the magistrate judge convened a status conference with counsel for all interested parties. Discussions revealed that the Motion to Reopen Case filed on April 16, 2007 (DE #138), the Amended Motion to Reinstate Case, Grant Intervenor Status filed on April 20, 2007 (DE #141) and the Motion to Reinstate

Case, Grant Intervenor Status to Applicants Young, Chakur and Weglarz filed on April 20, 2007 (DE #145) raise the same issues. Accordingly, the Motion to Reopen Case filed on April 16, 2007 (DE #138) and the Amended Motion to Reinstate Case, Grant Intervenor Status filed on April 20, 2007 (DE #141) are deemed withdrawn. The Motion to Reinstate Case, Grant Intervenor Status to Applicants Young, Chakur and Weglarz filed on April 20, 2007 (DE #145) and the Motion Seeking Intervention filed on April 20, 2007 (DE #146) will be heard on December 10, 2007 at 2:00 p.m. The magistrate judge having convened a status conference, the Motion for Pre-Hearing Conference filed on May 15, 2007 (DE #153) and the Motion to Strike filed on May 22, 2007 (DE #156) are denied as moot.

IT IS FURTHER ORDERED that the Motion for Turnover of Mailing List filed on June 15, 2007 (DE #159) will be held in abeyance pending the disposition of the Motions to Intervene.

As it appears that the subject matter of cases 07-12368 and 07-12520 is directly related to the subject matter of the pending Motions in this matter, Case Numbers 07-12368 and 07-12520 will be held in abeyance pending the disposition of the Motions to Intervene in this matter.

All of which is Ordered this 20th day of November, 2007.

s/Donald A. Scheer
DONALD A. SCHEER
UNITED STATES MAGISTRATE JUDGE

_____

**CERTIFICATE OF SERVICE**

I hereby certify on November 20, 2007 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on November 20, 2007. **None.**

s/Michael E. Lang
Deputy Clerk to
Magistrate Judge Donald A. Scheer
(313) 234-5217