UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGE HENRY YOUNG, et al.,

        Plaintiffs,

v.

JAMES HAMRIC, et al.,

        Defendants.
_____/

CIVIL ACTION NO. 04-40243
CONSOLIDATED WITH: 07-12368

DISTRICT JUDGE STEPHEN J. MURPHY, III

MAGISTRATE JUDGE DONALD A. SCHEER

## SUPPLEMENTAL ORDER

Following the June 9, 2009 hearing on Defendants Hamric, Edwards, Gleason, Gulick, Walker, Ellul and Rogers' Motion to Compel Responses to Their First Set of Interrogatories and Requests for Production of Documents to Plaintiff Young, the parties submitted a Stipulated Order embodying the magistrate judge's rulings as to the contested Interrogatories and Requests for Production addressed in the parties List of Unresolved Issues, with the sole exception of Document Request No. 2. The court directed that the Order omit a ruling on that request, pending review of the authorities cited at the hearing.

Having had the opportunity to further consider the matter, IT IS HEREBY ORDERED that the Defendants' Motion is denied as to Document Request No. 2.

                                         s/Donald A. Scheer
                                         DONALD A. SCHEER
                                         UNITED STATES MAGISTRATE JUDGE

DATED: July 2, 2009
_____

**CERTIFICATE OF SERVICE**

I hereby certify on July 2, 2009 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on July 2, 2009: **None.**

                                         s/Michael E. Lang
                                         Deputy Clerk to
                                         Magistrate Judge Donald A. Scheer
                                         (313) 234-5217